IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**S.L., a minor, by and through her parent and legal guardian, D.L.,**

    Plaintiff,

v.           CIVIL ACTION NO.: 3:18-CV-162 (GROH)

**BERKELEY MEDICAL CENTER, WEST VIRGINIA UNIVERSITY HOSPITALS, INC., and WEST VIRGINIA UNITED HEALTH SYSTEMS,**

    Defendants.

### ORDER GRANTING MOTION TO FILE REFERENCE LIST UNDER SEAL

Currently pending before the Court is the Plaintiff's Motion to File Reference List under Seal. ECF No. 5. Therein, the Plaintiff moves the Court to file a reference list, containing the Plaintiffs' names and contact information, under seal.

Upon consideration and finding good cause, the Court **ORDERS** that the Defendant's Motion [ECF No. 5] is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to file the Plaintiff's Reference List to Redacted Complaint [ECF No. 5-1] **UNDER SEAL**.

The Clerk is further **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** October 11, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE