RETURN PG 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

ORIGINAL FOR RETURN

| | |
|---|---|
| S.L., a minor, by and through her parent and legal guardian D.L. <br><br> *Plaintiff(s)* <br> v. <br><br> Berkeley Medical Center, West Virignia University Hospitals, Inc. and West Virginia United Health Systems. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:18-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anthony P. Zelenka
Berkeley Medical Center
2500 Hospital Drive.
Martinsburg, WV 25401
Phone: (304) 264-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawna White
Attorney for Plaintiff
Disability Rights of West Virignia
1207 Quarrier St.
Suite 400
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Dean Riley
*CLERK OF COURT*

Date: _10/09/2018_

*Signature of Clerk or Deputy Clerk*

DRWV

OCT 29 2018

RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Anthony Zelenka__
was received by me on *(date)* __10/22/18__ .

☐ I personally served the summons on the individual at *(place)* __V Knight__ __Victoria Knight, Paralegal__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Victoria Knight__, who is designated by law to accept service of process on behalf of *(name of organization)* __BJMC__ on *(date)* __10/22/18__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/22/18__

__Dep S— 162__
Server's signature

__Dep Shockey 162__
Printed name and title

__510 S. Raleigh St Mtsbg WV 25401__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| S.L., a minor, by and through her parent and Legal guardian D.L., <br><br> *Plaintiff(s)* <br> v. <br><br> Berkeley Medical Center, West Virginia University Hospitals, Inc., And West Virginia United Health Systems, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-00162 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anna Buchanan
Berkeley Medical Center
2000 Foundation Way, Suite 2310
Martinsburg, WV 25401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawna White
Disability Rights of WV
1207 Quarrier Street, Suite 400
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Dean Riley
*CLERK OF COURT*

Date: 10-12-2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Anna Buchanan__
was received by me on *(date)* __10/22/18__.

☐ I personally served the summons on the individual at *(place)* __V.Knight__ __Victoria Knight, Paralegal__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Victoria Knight__ , who is designated by law to accept service of process on behalf of *(name of organization)* __BMC__ on *(date)* __10/22/18__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/22/18__

__Dep ___ 162__
*Server's signature*

__Dep Shockey 162__
*Printed name and title*

__510 S. raleigh st Mtsbg WV 25401__
*Server's address*

Additional information regarding attempted service, etc: