

DRWV
OCT 29 2018
RECEIVED

October 15, 2018

Monongalia County Sheriff's Office
ATTN: Process Server
116 Walnut Street
Morgantown, WV 26505

Re: Process of Service

Dear Process Server:

     Please find enclosed a Complaint filed in the United States District Court for the Northern District of West Virginia, that needs served on the following individuals:

        Albert L. Wright, Jr.
        CEO and President
        West Virginia United Health Systems
        C/O Christine Vaglienti
        1238 Suncrest Towne Center Drive
        Morgantown, WV 26505

        Albert L. Wright, Jr.
        CEO and President
        West Virginia University Hospitals, Inc.
        1 Medical Center Drive
        Morgantown, WV 26505

     I have enclosed a check in the amount of Fifty Dollars ($50.00) for the cost of service. I have also enclosed a self-addressed stamped envelope for the original

---

**Receipt (handwritten):**

West Virginia Advocates, Inc, Attorney, Morgantown, WV     (3:18-CV-162)

SL a minor, by and through her parents legal guardian DL vs. Berkeley Medical Center, West Virginia University Hospitals, Inc and West Virginia United Health Systems    10/19, 20 18

Received Payment of Fifty 40/100    $50.00

For Executing and serving Summons/Complaint (3:18-CV-162) (X2) DOLLARS in above styled case

15705    Ck. 127   Cash ___ M.O. ___

For Perry M. Palmer, Sheriff Monongalia County    Deputy

THE STATE TAX COMMISSIONER RULES THAT ALL FEES ARE DUE AND PAYABLE IN ADVANCE.

(margin notation: Wright, Albert x2   10/26/18)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALBERT L. WRIGHT JR. CEO WVU HOSP
was received by me on *(date)* OCT. 19, 2018

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* LEGAL SVS. CHRISTINE S VAGLIENTI, a person of suitable age and discretion who resides there,
on *(date)* 10-22-18 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christine S. Vaglienti , who is designated by law to accept service of process on behalf of *(name of organization)* West Virginia University Hospitals, Inc. on *(date)* 10-22-2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Oct. 22

*Gary Renner*
Server's signature

GARY RENNER
Printed name and title

116 WALNUT ST. MORGANTOWN WV
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**ORIGINAL FOR RETURN**

S.L., a minor, by and through her parent and legal guardian D.L.

*Plaintiff(s)*

v.

Berkeley Medical Center, West Virignia University Hospitals, Inc. and West Virginia United Health Systems.

*Defendant(s)*

Civil Action No. 3:18-CV-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Albert L. Wright Jr.
President and CEO
West Virignia University Hospitals, Inc.
1 Medical Center Drive
P.O. Box 9100
Morgantown, WV 26506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shawna White
Attorney for Plaintiff
Disability Rights of West Virignia
1207 Quarrier St.
Suite 400
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Cheryl Dean Riley
*CLERK OF COURT*

Date: 10/9/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALBERT L. WRIGHT JR. CEO UNITED HEAL

was received by me on *(date)* OCT 19, 2018 .

☒ I personally served the summons on the individual at *(place)* CHRISTINE S. VAGLIENTI LEGAL SVS
   WVU HOSPS.                              on *(date)* 10-22-18 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* CHRISTINE S. ~~VAGLIE~~
   VAGLIENTI              , a person of suitable age and discretion who resides there,
   on *(date)* 10-22-18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Christine S. Vaglienti , who is
   designated by law to accept service of process on behalf of *(name of organization)* West Virginia
   United Health System, Inc. on *(date)* 10-22-2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: OCT. 22

*Gary Renner*
Server's signature

GARY RENNER
Printed name and title

116 WALNUT ST. MORGANTOWN, WV.
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**ORIGINAL FOR RETURN**

| | |
|---|---|
| S.L., a minor, by and through her parent and legal guardian D.L. *Plaintiff(s)* <br> v. <br> Berkeley Medical Center, West Virignia University Hospitals, Inc. and West Virginia United Health Systems. *Defendant(s)* | Civil Action No. 3:18-CV-162 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Albert L. Wright Jr.
CEO and President West Virignia United Health System
1238 Suncrest Towne Centre Drive
Morgantown, WV 26505
(304) 598-4199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawna White
Attorney for Plaintiff
Disability Rights of West Virignia
1207 Quarrier St.
Suite 400
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**
*CLERK OF COURT*

Date: 10/9/2018

*Signature of Clerk or Deputy Clerk*