

DRWV
NOV 0 2 2018
RECEIVED

October 17, 2018

Monongalia County Sheriff's Office
ATTN: Process Server
116 Walnut Street
Morgantown, WV 26505

Re: Process of Service

Dear Process Server:

Please find enclosed a Complaint filed in the United States District Court for the Northern District of West Virginia, that needs served on the following individuals:

>   Robert O'Neal
>   West Virginia United Health Systems
>   1 Medical Center Drive
>   Morgantown, WV 26505


>   Christine Valglienti
>   West Virginia University Hospitals, Inc.
>   1238 Suncrest Towne Center Drive
>   Morgantown, WV 26505

I have enclosed a check in the amount of Fifty Dollars ($50.00) for the cost of service. I have also enclosed a self-addressed stamped envelope for the original return of service to be returned in.

---

WV Advocates Inc Attorney, Morgantown, WV                              10/23, 2018

S.L. a minor by + through her parent vs. Berkley Medical Ctr, WVUH, Inc +
and legal guardian, D.L.                    WV United Health Systems    50 00

Received Payment of  fifty dollars + 00/100

For Executing and serving  (2) Summ/Compl (3:18-cv-00162)       _____ DOLLARS

                                                        in above styled case
          Ck. 129    Cash ____    M.O. ____
15712                    _Kyle Cunningham_____ Deputy
                         For Perry M. Palmer, Sheriff Monongalia County
    THE STATE TAX COMMISSIONER RULES THAT ALL FEES ARE DUE AND PAYABLE IN ADVANCE.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Christine Valglienti, WVUH Inc.__
was received by me on *(date)* __10/23/18__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Margaret Williams__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Christine Vaglienti__ on *(date)* __10/26/18__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10-26-18__

_____Fred M_____
Server's signature

__Fred Morgan   Sheriff's Civil process server__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| S.L., a minor, by and through her parent and Legal guardian D.L., <br><br> *Plaintiff(s)* <br> v. <br> Berkeley Medical Center, West Virginia University Hospitals, Inc., And West Virginia United Health Systems, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-00162 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Christine Volglienti
WVU Hospitals, Inc.
1238 Suncrest Towne Center
Morgantown, WV 26505

*ORIGINAL FOR RETURN*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shawna White
Disability Rights of WV
1207 Quarrier Street, Suite 400
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**
*CLERK OF COURT*

Date: 10/12/2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert O'Neal WV United Health Systems
was received by me on *(date)* 10/23/18 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Margaret Williams, who is designated by law to accept service of process on behalf of *(name of organization)* Robert O'Neil on *(date)* 10/26/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-26-18

_____
Server's signature

Fred Morgan   Sheriff's Civil process server
Printed name and title

116 Walnut Street Morgantown WV 26505
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**ORIGINAL FOR RETURN**

| | |
|---|---|
| S.L., a minor, by and through her parent and Legal guardian D.L.,<br><br>*Plaintiff(s)*<br>v.<br>Berkeley Medical Center, West Virginia University Hospitals, Inc., And West Virginia United Health Systems,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:18-cv-00162<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert O'Neal
West Virginia United Health Systems
One Medical Center Dr.
Morgantown, WV 26506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawna White
Disability Rights of WV
1207 Quarrier Street, Suite 400
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**
*CLERK OF COURT*

Date: 10/12/2018

*Signature of Clerk or Deputy Clerk*