**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**S.L., a minor, by and through her**
**parent and legal guardian, D.L.,**

       Plaintiff,

**v.**                                                           **CIVIL ACTION NO.: 3:18-CV-162**
                                                                **(GROH)**

**BERKELEY MEDICAL CENTER,**
**WEST VIRGINIA UNIVERSITY**
**HOSPITALS, INC., and WEST**
**VIRGINIA UNITED HEALTH SYSTEMS,**

       Defendants.

## ORDER DENYING PRO HAC VICE ADMISSION

Upon consideration of the Application for Admission *Pro Hac Vice* of Samantha Crane [ECF No. 15], the Court finds the required signature of the applicant lacking and therefore **ORDERS** that the application is **DENIED**.   The Court grants the applicant leave to refile an appropriate *pro hac vice* application.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

       **DATED:** November 27, 2018

                                          GINA M. GROH
                                          CHIEF UNITED STATES DISTRICT JUDGE