# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| S.L., A MINOR, BY AND THROUGH HER PARENT AND LEGAL GUARDIAN D.L., | )<br>)<br>)<br>) |
| Plaintiff(s), | ) |
| v. | ) |
| CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER, A subsidiary of WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC. d/b/a WV UNIVERSITY HEAL, | ) Civil Action No. 3:18-CV-162<br>)<br>)<br>) |
| Defendant(s)/<br>Third-Party Plaintiff(s), | )<br>) |
| v. | ) |
| N/A, | )<br>) |
| Third-Party Defendant(s). | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Defendant**,
(type of party)
who is **CITY HOSPITAL d/b/a BMC**, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

N/A

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Joshua K. Boggs
Signature of Counsel for Party

Date: 11.30.18