IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**S.L., a minor, by and through her**
**parent and legal guardian, D.L.,**

      Plaintiff,

v.                                        **CIVIL ACTION NO.: 3:18-CV-162**
                                                  **(GROH)**

**CITY HOSPITAL, INC. d/b/a BERKELEY**
**MEDICAL CENTER, a subsidiary of West**
**Virginia University Hospitals-East, Inc.**
**d/b/a WV UNIVERSITY HEALTHCARE,**

      Defendants.

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon consideration of the Application for Admission *Pro Hac Vice* of Samantha Crane [ECF No. 23], the Court **ORDERS** that the Application be, and the same is hereby, **APPROVED**. The Applicant may appear *pro hac vice* in this matter on behalf of the represented party.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** December 17, 2018

                                                                       GINA M. GROH
                                                                       CHIEF UNITED STATES DISTRICT JUDGE