IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**S.L., a minor, by and through her parent and
Legal guardian D.L.,**

**Plaintiff,**

-v-

**CITY HOSPITAL, INC., d/b/a,
BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE**

Case No. 3:18-cv-00162

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2019, I have mailed the attached Notice of Claim and Motion and Second Amended Complaint, by United States Postal Service, the documents to the following:

City Hospital, Inc., d/b/a Berkeley Medical Center
a subsidiary of West Virginia University Hospitals-East, Inc.,
d/b/a WV University Healthcare.

Via delivery to:

Joshua K. Boggs
West Virginia United Health System, Inc.
West Virginia University Hospitals, Inc.
1238 Suncrest Towne Centre Drive
Morgantown, WV 26505

Shawna White   Bar No. 10893
Disability Rights of WV
1207 Quarrier Street
Litton Building, Suite 400
Charleston, WV 25301
(304) 346-0847