IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**S.L., a minor, by and through her parent and
Legal guardian D.L.,**                                                     Case No. 3:18-cv-00162

**Plaintiff,**

**-v-**

**CITY HOSPITAL, INC., d/b/a,
BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE**

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019 I electronically filed the foregoing Memorandum with the United States Court District Court for the Northern District of West Virginia by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

City Hospital, Inc., d/b/a Berkeley Medical Center
 a subsidiary of West Virginia University Hospitals-East, Inc.,
d/b/a WV University Healthcare.

Via delivery to:

Joshua K. Boggs
West Virginia United Health System, Inc.
West Virginia University Hospitals, Inc.
1238 Suncrest Towne Centre Drive
Morgantown, WV 26505

                                                        /s/ Shawna White_____
                                                        Shawna White   Bar No. 10893
                                                        Disability Rights of WV
                                                        1207 Quarrier Street
                                                        Litton Building, Suite 400
                                                        Charleston, WV 25301
                                                        (304) 346-0847