IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.L., A MINOR, BY AND THROUGH
HER PARENT AND LEGAL GUARDIAN D.L.

    Plaintiff,

v.                                            CIVIL ACTION NO. 3:18-CV-162
                                              (Groh)

CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE,

    Defendant.

## SCHEDULING ORDER CHECKLIST

**FOR PLAINTIFF:**

Shawna White
**DISABILITY RIGHTS OF WV**
1207 Quarrier Street
Litton Building, Suite 400
Charleston, WV 25301
Telephone: 304/346/0847

&

Samantha Crane
**AUTISTIC SELF ADVOCACY NETWORK**
1010 Vermont Avenue, Suite 618
Washington, DC 20005

**FOR DEFENDANT:**

Christine S. Vaglienti (W. Va. State Bar ID #4987)
Joshua K. Boggs (W. Va. State Bar ID #10096)
Lauren T. Krupica (W. Va. State Bar ID #11719)
**WEST VIRGINIA UNITED HEALTH SYSTEM, INC.**
West Virginia University Hospitals, Inc.

1238 Suncrest Towne Centre Drive
Morgantown, West Virginia 26505
Telephone: 304/598-4070
Facsimile: 304/598-9888

1. **INTERMEDIATE PRETRIAL CONFERENCE**— UPON REQUEST

2. **MEDIATION BEFORE**— Friday, September 4, 2020

3. **JOINDER AND AMENDMENTS**— Monday, March 23, 2020

4. **EXPERT DISCLOSURE**

    a) **With Burden**— Monday, April 6, 2020

    b) **Without Burden**— Monday, May 4, 2020

5. **EXAMINATIONS/INSPECTIONS**— Monday, April 6, 2020

6. **DISCOVERY COMPLETION**— Monday, June 1, 2020

7. **DISPOSITIVE MOTIONS**— Wednesday, July 1, 2020

8. **PRETRIAL DISCLOSURES, FED. R. CIV. PRO. 26(a)(3)**— Tuesday, August 11, 2020
    a) **Objections**— Friday, August 28, 2020

9. **JURY INSTRUCTIONS, VOIR DIRE, AND VERDICT FORMS**— Tuesday, August 11, 2020

    a) **Objections**— Friday, August 28, 2020

10. **MOTIONS IN LIMINE**— Tuesday, August 11, 2020

    a) **Objections**— Friday, August 28, 2020

11. **JOINT FINAL PRETRIAL CONFERENCE ORDER**— Friday, September 4, 2020

12. **FINAL PRETRIAL CONFERENCE**— Friday, September 11, 2020

13. **TRIAL**— Tuesday, October 6, 2020

/s/Joshua Boggs
Christine S. Vaglienti (W. Va. State Bar ID #4987)
Joshua K. Boggs (W. Va. State Bar ID #10096)

Lauren T. Krupica (W. Va. State Bar ID #11719)
**WEST VIRGINIA UNITED HEALTH SYSTEM, INC.**
West Virginia University Hospitals, Inc.
1238 Suncrest Towne Centre Drive
Morgantown, West Virginia  26505
Telephone: 304/598-4070
Facsimile:  304/598-9888
vaglientic@wvumedicine.org
joshua.boggs@wvumedicine.org

 /s/Shawna White
_____
Shawna White
**DISABILITY RIGHTS OF WV**
1207 Quarrier Street
Litton Building, Suite 400
Charleston, WV 25301
Telephone: 304/346/0847

&

Samantha Crane
**AUTISTIC SELF ADVOCACY NETWORK**
1010 Vermont Avenue, Suite 618
Washington, DC 20005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.L., A MINOR, BY AND THROUGH
HER PARENT AND LEGAL GUARDIAN D.L.

    **Plaintiff,**

v.                                                                              CIVIL ACTION NO. 3:18-CV-162
                                                                                      (Groh)

CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE,

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, Joshua K. Boggs, do hereby certify that I have *electronically filed* and caused to be served this 19th day of April, 2019, the foregoing **"SCHEDULING ORDER CHECKLIST,"** via the United States Northern District Court for the Northern District of West Virginia's CM/ECF:

Shawna White
Disability Rights of West Virginia
1207 Quarrier Street
Charleston, WV 25301

&

Samantha Crane
Autistic Self Advocacy Network
1010 Vermont Avenue, Suite 618
Washington, DC 20005
***Counsel for Plaintiff***

                                                    /s/Joshua Boggs
                                                    Joshua K. Boggs (W. Va. State Bar No. 10096)