IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.L., A MINOR, BY AND THROUGH
HER PARENT AND LEGAL GUARDIAN D.L.

    **Plaintiff,**

v.                                          CIVIL ACTION NO. 3:18-CV-162
                                              (Groh)

CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE,

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, Joshua K. Boggs, do hereby certify that I have *electronically filed* and caused to be served this 13th day of May, 2019, the foregoing **"DEFENDANT CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER, A subsidiary of WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC., d/b/a WV UNIVERSITY HEALTHCARE'S INITIAL DISCLOSURES,"** via the United States Northern District Court for the Northern District of West Virginia's CM/ECF:

Shawna White
Disability Rights of West Virginia
1207 Quarrier Street
Charleston, WV 25301

&

Samantha Crane
Autistic Self Advocacy Network
1010 Vermont Avenue, Suite 618
Washington, DC 20005
***Counsel for Plaintiff***

                                                                /s/ Joshua Boggs
                                                                Joshua K. Boggs (W. Va. State Bar No. 10096)