**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**S.L., A MINOR, BY AND THROUGH
HER PARENT AND LEGAL GUARDIAN D.L.**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 3:18-CV-162
(Groh)**

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Joshua K. Boggs, do hereby certify that I have *electronically filed* and caused to be served this 28th day of January, 2021, the foregoing "**DEFENDANT CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER'S NOTICE OF VIDEOTAPED DEPOSITION OF LAURIE SCOTT**" via the United States Northern District Court for the Northern District of West Virginia's CM/ECF:

| | |
|---|---|
| Shawna White<br>**Disability Rights of West Virginia**<br>1207 Quarrier Street<br>Charleston, WV 25301<br>*Counsel for Plaintiff* | Samantha Crane<br>**Autistic Self Advocacy Network**<br>1010 Vermont Avenue, Suite 618<br>Washington, DC 20005<br>*Counsel for Plaintiff* |
| Allan N. Karlin<br>Jane E. Peak<br>174 Chancery Row<br>Morgantown, WV 26505<br>*Counsel for Plaintiff* | Tamela J. White, Esq.<br>Julian Pecora, Esq.<br>**Farrell White & Legg, PLLC**<br>914 5th Avenue<br>P.O. Box 6457<br>Huntington, WV 25772-6457<br>*Counsel for Brandt Williamson, M.D., Misty Hunsader, PA-C, Smoky Mountain Health Services and Health Care Alliance, Inc.* |

                                                  /s/ Joshua Boggs
                                                  Joshua K. Boggs (W. Va. State Bar No. 10096)