# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**S.L., A MINOR, BY AND THROUGH**
**HER PARENT AND LEGAL GUARDIAN D.L.**

     **Plaintiff,**

v.                         **CIVIL ACTION NO. 3:18-CV-162**
                                      **(Groh)**

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,**
**A subsidiary of WEST VIRGINIA UNIVERSITY**
**HOSPITALS-EAST, INC., d/b/a**
**WV UNIVERSITY HEALTHCARE,**

     **Defendant.**

## DEFENDANT CITY HOSPITAL, INC. D/B/A BERKELEY MEDICAL CENTER'S NOTICE OF VIDEOTAPED DEPOSITION OF LAURIE SCOTT

Please take notice that the undersigned counsel, on behalf of Defendant, City Hospital, Inc. d/b/a Berkeley Medical Center, a subsidiary of West Virginia University Hospitals-East, Inc., d/b/a WV University Healthcare, will take the deposition of Laurie Scott on **Wednesday, March 10, 2021 at 9:30am**, before a Notary Public or some other person authorized to administer oaths. The duration of the deposition will be in accordance with Federal Rule of Civil Procedure 30(d)(1). Planet Depos will arrange for remote access for all participants and will send Zoom invitations by email prior to the deposition. You are invited to attend to protect your interests.

Noticed this 28th day of January, 2021.

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER, A subsidiary of WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC., d/b/a WV UNIVERSITY HEALTHCARE**

**By Counsel**

/s/ Joshua Boggs
Christine S. Vaglienti (W. Va. State Bar ID #4987)
Joshua K. Boggs (W. Va. State Bar ID #10096)
Lauren T. Krupica (W. Va. State Bar ID #11719)
**WEST VIRGINIA UNITED HEALTH SYSTEM, INC.**
West Virginia University Hospitals, Inc.
1238 Suncrest Towne Centre Drive
Morgantown, West Virginia  26505
Telephone: 304/598-4070
Facsimile:  304/598-9888
vaglientic@wvumedicine.org
joshua.boggs@wvumedicine.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

S.L., A MINOR, BY AND THROUGH
HER PARENT AND LEGAL GUARDIAN D.L.

      Plaintiff,

v.                                 CIVIL ACTION NO. 3:18-CV-162
                                        (Groh)

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,**
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE,

      Defendant.

## CERTIFICATE OF SERVICE

I, Joshua K. Boggs, do hereby certify that I have *electronically filed* and caused to be served this 28th day of January, 2021, the foregoing "**DEFENDANT CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER'S NOTICE OF VIDEOTAPED DEPOSITION OF LAURIE SCOTT**" via the United States Northern District Court for the Northern District of West Virginia's CM/ECF:

| | |
|---|---|
| Shawna White<br>**Disability Rights of West Virginia**<br>1207 Quarrier Street<br>Charleston, WV 25301<br>*Counsel for Plaintiff* | Samantha Crane<br>**Autistic Self Advocacy Network**<br>1010 Vermont Avenue, Suite 618<br>Washington, DC 20005<br>*Counsel for Plaintiff* |
| Allan N. Karlin<br>Jane E. Peak<br>174 Chancery Row<br>Morgantown, WV 26505<br>*Counsel for Plaintiff* | Tamela J. White, Esq.<br>Julian Pecora, Esq.<br>**Farrell White & Legg, PLLC**<br>914 5th Avenue<br>P.O. Box 6457<br>Huntington, WV 25772-6457<br>*Counsel for Brandt Williamson, M.D., Misty Hunsader, PA-C, Smoky Mountain Health Services and Health Care Alliance, Inc.* |

                                               /s/ Joshua Boggs
                                               Joshua K. Boggs (W. Va. State Bar No. 10096)