IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.L., a minor, by and through her
parent and legal guardian D.L.

      Plaintiff,

v.                                                            Civil Action No. 3:18-CV-162
                                                              Honorable Gina M. Groh

CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE;
BRANDT WILLIAMSON, M.D.;
MISTY HUNSADER, PA-C;
SMOKY MOUNTAIN EMERGENCY
SERVICES, INC.; and
HEALTH CARE ALLIANCE, INC.,

      Defendants.

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER'S MOTION TO DISMISS THE FIRST AND RELATED PARTS OF THE FOURTH CAUSE OF ACTION OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

**NOW COMES** City Hospital, Inc. d/b/a Berkeley Medical Center, ("BMC"), by and through its counsel, and respectfully moves this Honorable Court to dismiss the First Cause and related parts of the Fourth Cause of Action of Plaintiff's Third Amended Complaint because Plaintiff lacks "the irreducible constitutional minimum of standing." *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560, 112 S. Ct. 2130, 2136, 119 L. Ed. 2d 351 (1992).

While "[a] plaintiff may [] obtain injunctive relief in appropriate cases under Title III" of the Americans with Disabilities Act, *Proctor v. Prince George's Hosp. Ctr.,* 32 F. Supp. 2d 820, 824 (D. Md. 1998); 42 U.S.C. 12182(a), she cannot do so without establishing an "injury in fact."

*Lujan*, 504 U.S. at 560. Without an injury in fact that is "actual or imminent," Plaintiff fails to meet her burden to "establish[] [she has] standing to raise the claims asserted" *Aikins v. St. Helena Hosp.*, 843 F. Supp. 1329, 1333 (N.D. Cal. 1994). Without standing, Plaintiff's claim must be dismissed. ("Article III of the United States Constitution requires that those who seek to invoke the power of the federal courts must allege an actual case or controversy." *Schroedel v. New York Univ. Med. Ctr.,* 885 F. Supp. 594, 597 (S.D.N.Y. 1995)).

Because this Honorable Court already determined that Plaintiff's Complaint failed to meet the standing requirement [ECF 143, p. 9-11], and because Federal Rule of Civil Procedure 12(h)(3) requires the Court to dismiss an action at any time it determines that it lacks subject matter jurisdiction, BMC moves this court for dismissal of Plaintiff's First Cause of Action and the related parts of the Fourth Cause of Action.

The grounds for this Motion are more fully set forth in the attached Memorandum of Law. Respectfully submitted this 24th day of February, 2021.

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER, A subsidiary of WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC., d/b/a WV UNIVERSITY HEALTHCARE**

**By Counsel**

/s/ Joshua Boggs
Christine S. Vaglienti (W. Va. State Bar ID #4987)
Joshua K. Boggs (W. Va. State Bar ID #10096)
Lauren T. Krupica (W. Va. State Bar ID #11719)
**WEST VIRGINIA UNITED HEALTH SYSTEM, INC.**
West Virginia University Hospitals, Inc.
1238 Suncrest Towne Centre Drive
Morgantown, West Virginia  26505
Telephone: 304/598-4070
Facsimile:  304/598-9888
vaglientic@wvumedicine.org
joshua.boggs@wvumedicine.org
lauren.twiggkrupica@wvumedicine.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**S.L., a minor, by and through her
parent and legal guardian D.L.**

      **Plaintiff,**

v.                                                                **Civil Action No. 3:18-CV-162
Honorable Gina M. Groh**

**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER,
A subsidiary of WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC., d/b/a
WV UNIVERSITY HEALTHCARE;
BRANDT WILLIAMSON, M.D.;
MISTY HUNSADER, PA-C;
SMOKY MOUNTAIN EMERGENCY
SERVICES, INC.; and
HEALTH CARE ALLIANCE, INC.,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Joshua K. Boggs, do hereby certify that I have *electronically filed* and caused to be served this 24th day of February, 2021, the foregoing "**CITY HOSPITAL, INC. d/b/a BERKELEY MEDICAL CENTER'S MOTION TO DISMISS THE FIRST AND RELATED PARTS OF THE FOURTH CAUSE OF ACTION OF PLAINTIFF'S THIRD AMENDED COMPLAINT**" via the United States District Court for the Northern District of West Virginia's CM/ECF:

| | |
|---|---|
| Shawna White, Esq. | Samantha Crane |
| **Disability Rights of WV** | **Autistic Self Advocacy Network** |
| 1207 Quarrier Street | 1010 Vermont Ave., Suite 618 |
| Litton Building, Suite 400 | Washington, D.C. 20005 |
| Charleston, WV 25301 | scrane@autisticadvocacy.org |
| swhite@drofwv.org | *Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

<table>
<tr><td>

Allan N. Karlin, Esq.
Jane E. Peak, Esq.
**Allan K. Karlin & Associates, PLLC**
174 Chancery Row
Morgantown, WV 26505
jep@wvjustice.com
ank@wvjustice.com
*Counsel for Plaintiff*

</td><td>

Tamela White, Esq.
Julian P. Pecora, Esq.
**Farrell White & Legg**
914 Fifth Avenue
P.O. Box 6457
Huntington, WV 25772-6457
tjw@farrell3.com
jp@farrell3.com
*Counsel for Brandt Williams, MD, Misty Hunsader, PA-C, Smokey Mountain Health Services and Health Care Alliance, Inc.*

</td></tr>
</table>

/s/ Joshua Boggs
Joshua K. Boggs (W. Va. State Bar No. 10096)