# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

Cheryl Dean Riley
Clerk of Court

**OFFICE OF THE CLERK OF COURT**
**POST OFFICE BOX 471**
**WHEELING, WEST VIRGINIA 26003**
**(304) 232-0011**
**Facsimile (304) 233-2185**

Michelle Widmer-Eby
Chief Deputy Clerk

June 14, 2021

Virginia Sine, Clerk
Circuit Court of Berkeley County
380 W. South St.
Martinsburg, WV 25401

RE: (Case Style S.L., a minor, vs. City Hospital, Inc., et.al)
NDWV Civil Action No. 3:18cv162
Berkeley Co. Civil Action No:

Dear Mr/Ms Sine:

Enclosed please find a certified copy of the order remanding the above case to your court along with a certified copy of our docket sheet. Should you need anything further, please feel free to call.

Thank you for your attention to this matter.

Sincerely,

Cheryl Dean Riley, Clerk

BY /s/ T. Gregory
Deputy Clerk

enclosures
cc: case file

I acknowledged receipt of the documents described herein.
Clerk, Circuit Court, Berkeley County, WV

Date Received _____ By:_____

P.O. Box 2857
Clarksburg, WV 26302
(304) 622-8513

P.O. Box 1518
Elkins, WV 26241
(304) 636-1445

217 W. King Street
Martinsburg, WV 25401
(304) 267-8225